SETH A. BEATTIE, Respondent, *v.* THE NIAGARA COUNTY SAVINGS BANK, Appellant.

(Argued December 2, 1872; decided December 10, 1872.)

*S. F. Bowen* for the appellant.

*A. W. Brazee* for the respondent.

All concur for affirmance. No opinion.
Judgment affirmed.

---

TITUS B. ELDRIDGE, Respondent, *v.* SAMUEL C. REID et al., Appellants.

(Argued May 2, 1872; decided December 10, 1872.)

*W. A. Beach* for the appellants.

*John K. Porter* for the respondent.

All concur for reversal, except RAPALLO, J., not voting. No opinion.
Judgment reversed.

---

LOUISA C. KOEHLER, Respondent, *v.* JOHN G. KOEHLER, Appellant.

(Submitted December 9, 1872; decided December 17, 1872.)

*Henry D. Birdsall* for the appellant.

*Philip Reilly* for the respondent.

All concur for affirmance. No opinion.
Judgment affirmed.